UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MARCUS INGRAM, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:19-cv-02659-JPB |
| : | |
| **COPELAND VILLAGE SHOPPING** : | |
| **CENTER, LLC** : | |
| **A Domestic Limited Liability Company** : | |
| : | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Plaintiff Marcus Ingram and Defendant Copeland Village Shopping Center, LLC. submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 10th day of September 2019.

/s/ Pete M. Monismith                                        /s/ Joseph B. Atkins

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Joseph B. Atkins<br>Downey & Cleveland, LLP<br>288 Washington Avenue<br>Marietta, Georgia 30060-1979<br>Voice (770) 422-3233<br>atkins@downeycleveland.com<br>**Attorney for Defendant** |